P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW THAYER, an individual;<br><br>Defendants. | Case No.: 2:22-cv-00077<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the Plaintiff INTERNATIONAL MARKETS LIVE, INC., dba iMARKETSLIVE (hereinafter "Plaintiff"), by and through its attorney, George E. Robinson, Esq., Defendant, MATTHEW THAYER, (hereinafter "Defendant") by and through his attorney Ryan J. Works Esq., as follows:

///

///

The parties hereby agree that Plaintiff's response to Defendant's Motion to Dismiss deadline is extended two weeks from the current deadline of March 15, 2022, to March 29, 2022.

Dated this __14th__ day of March, 2022

LAW OFFICES OF P. STERLING KERR

_____

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
2450 St. Rose Pkwy #120
Henderson, NV 89074
Telephone No.: (702) 451-2055
Facsimile No: (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiff*

Dated this __14th__ day of March, 2022

McDONALD CARANO LLP

_____

Ryan J. Works, Esq.
Nevada Bar No. 9224
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone No.: (702) 873-4100
Email: rworks@mcdonaldcarano.com
*Attorney for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 15th day of March, 2022.

**ORDER**

IT IS SO ORDERED.

DATED and DONE this ____ day of _____, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiff*