P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br>v.<br><br>MATTHEW THAYER, an individual;<br><br>Defendants. | Case No.: 2:22-cv-00077<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the Plaintiff INTERNATIONAL MARKETS LIVE, INC., dba iMARKETSLIVE (hereinafter "Plaintiff"), by and through its attorney, George E. Robinson, Esq., and Defendant, MATTHEW THAYER, (hereinafter "Defendant") by and through his attorney Ryan J. Works Esq., as follows:

/ / /

/ / /

/ / /

4870-4269-4681, v. 1

The parties hereby agree that Plaintiff's response to Defendant's Motion to Dismiss deadline is extended one week from the current deadline of March 29, 2022, to April 5, 2022.

| | |
|---|---|
| Dated this ___ day of March, 2022 | Dated this ___ day of March, 2022 |
| LAW OFFICES OF P. STERLING KERR | McDONALD CARANO LLP |
| /s/ George E. Robinson | /s/ Ryan J. Works |
| P. Sterling Kerr, Esq.<br>Nevada Bar No. 3978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>2450 St. Rose Pkwy #120<br>Henderson, Nevada 89074<br>Email: sterling@sterlingkerrlaw.com<br>Email: george@sterlingkerrlaw.com | Ryan J. Works, Esq.<br>Nevada Bar No. 9224<br>Tara U. Teegarden, Esq.<br>Nevada Bar No. 15344<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Email: rworks@mcdonaldcarano.com<br>Email: tteegarden@mcdonaldcarano.com |
| *Attorneys for Plaintiff* | A*ttorney for Defendant* |

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 29th day of March, 2022.

4870-4269-4681, v. 1