Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW THAYER,<br><br>Defendant. | Case No.: 2:22-cv-00077-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE REPLY**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the Defendant Matthew Thayer ("Defendant"), by and through his attorneys, and Plaintiff International Markets Live, Inc. dba iMarketslive ("Plaintiff"), through its attorney, as follows:

The parties hereby agree that Defendant's reply to Response to Defendant's Motion to Dismiss("Reply") deadline is extended to two weeks from the current deadline of April 12, 2022 to April 26, 2022.

/ / /

/ / /

/ / /



This is the first stipulation for extension of time to file Defendant's Reply.  Under LR IA 6-1, a request after the expiration of the specified period must demonstrate that the failure to file the motion before the deadline expired was the result of excusable neglect.  Here, Defendant's counsel was unable to reach Plaintiff's counsel before the expiration of Defendant's deadline.  Therefore, excusable neglect exists.

DATED this 13th day of April, 2022.

McDONALD CARANO LLP

By: */s/ Tara U. Teegarden*
    Jeff Silvestri, Esq. (NSBN 5779)
    Ryan J. Works, Esq. (NSBN 9224)
    Tara U. Teegarden, Esq. (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    jsilvestri@mcdonaldcarano.com
    rworks@mcdonaldcarano.com
    tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

DATED this 13th day of April, 2022.

LAW OFFICES OF P. STERLING KERR

By: */s/ George E. Robinson*
    P. Sterling Kerr, Esq. (NSBN. 3978)
    George E. Robinson, Esq. (NSBN 9667)
    2450 St. Rose Pkwy #120
    Henderson, Nevada 89074
    sterling@sterlingkerrlaw.com
    george@sterlingkerrlaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

April 14, 2022
DATED