Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW THAYER,<br><br>Defendant. | Case No.: 2:22-cv-00077-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR A PRELIMINARY INJUNCTION**<br><br>**(Second Request)** |

Defendant Matthew Thayer ("Defendant"), by and through his attorneys, and Plaintiff International Markets Live, Inc. dba iMarketslive ("Plaintiff"), by and through its attorney, hereby submit this stipulation and order to continue the hearing on Plaintiff's Motion for Temporary Restraining Order and Request for a Preliminary Injunction [ECF No. 5] currently set on May 18, 2022, to be continued to the next available date on which this Court is available. The parties further stipulate that Defendant's Opposition will be due 14 days before the next available date on which this Court is available.

. . .

. . .

. . .

. . .

. . .

. . .



1   For the sake of judicial efficiency and to determine this Court's jurisdiction, the Parties
2   further stipulate and request that the Court hear Defendant's Motion to Dismiss [ECF. No. 13] on or
3   before Plaintiff's Motion for Temporary Restraining Order and Request for Preliminary Injunction
4   [ECF No. 5].

5   DATED this 11th day of May, 2022.                    DATED this 11th day of May, 2022.

    McDONALD CARANO LLP                                  LAW OFFICES OF P. STERLING KERR

8   By: /s/ Tara U. Teegarden                            By: /s/ George E. Robinson
9       Jeff Silvestri, Esq. (NSBN 5779)                     P. Sterling Kerr, Esq. (NSBN. 3978)
        Ryan J. Works, Esq. (NSBN 9224)                      George E. Robinson, Esq. (NSBN 9667)
10      Tara U. Teegarden, Esq. (NSBN 15344)                 2900 W. Horizon Ridge Parkway
        2300 West Sahara Avenue, Suite 1200                  Henderson, Nevada 89052
11      Las Vegas, Nevada 89102
        jsilvestri@mcdonaldcarano.com                        sterling@sterlingkerrlaw.com
12      rworks@mcdonaldcarano.com                            george@sterlingkerrlaw.com
        tteegarden@mcdonaldcarano.com

13                                                       *Attorneys for Plaintiff*
    *Attorneys for Defendant*

**IT IS SO ORDERED**.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

May 16, 2022
DATED