Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE, | Case No.: 2:22-cv-00077-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | **FIRST REQUEST** |
| MATTHEW THAYER, | |
| Defendant. | |

Defendant Matthew Thayer ("Defendant"), by and through his attorneys, and Plaintiff International Markets Live, Inc. dba iMarketslive ("Plaintiff"), by and through its attorney, hereby submit this stipulation and order to continue the time needed to submit a stipulation to this Court on whether the Parties will need jurisdictional discovery or an evidentiary hearing pursuant to this Court's Minute Order.  *See* [ECF No. 33].

This Court requested that the parties provide this Court with a stipulation on or before June 13, 2022 regarding whether they will need jurisdictional discovery.   The Parties have met and conferred several times to discuss whether they anticipate needing jurisdictional discovery and have exchanged limited information on the subject.  After these several meet and confer sessions, it appears that Plaintiff needs an additional week to gather information regarding its jurisdictional arguments before the parties can appropriately inform this Court as to whether jurisdictional discovery will be needed.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    The  parties therefore request and stipulate that this Court give the parties until June 20, 2022

2    to provide this Court with the requested stipulation.  The parties also to the request and stipulate that

3    Defendant's deadline to file a response to the Amended Complaint be moved to June 28, 2022,

4    Plaintiff's Opposition to any such responsive motion be moved to July 13, 2022, and Defendant's

5    reply be moved to July 20, 2022.

6    The parties are working cooperatively to gather relevant information related to jurisdiction.

7    The Parties jointly request that the Court enter the following Order approving that Stipulation.  This

8    Stipulation is entered into in good faith and not for the purposes of delay.

9

10   DATED this 17th day of June, 2022.               DATED this 17th day of June, 2022.

11

12   McDONALD CARANO LLP                          LAW OFFICES OF P. STERLING KERR

13   By: */s/ Tara U. Teegarden*                      By: */s/ George E. Robinson*

14     Jeff Silvestri, Esq. (NSBN 5779)                 P. Sterling Kerr, Esq. (NSBN. 3978)
       Ryan J. Works, Esq. (NSBN 9224)                 George E. Robinson, Esq. (NSBN 9667)
15     Tara U. Teegarden, Esq. (NSBN 15344)            2900 W. Horizon Ridge Parkway
       2300 West Sahara Avenue, Suite 1200             Henderson, Nevada 89052
16     Las Vegas, Nevada 89102                         sterling@sterlingkerrlaw.com
       jsilvestri@mcdonaldcarano.com                   george@sterlingkerrlaw.com
17     rworks@mcdonaldcarano.com
       tteegarden@mcdonaldcarano.com

18     *Attorneys for Defendant*                         *Attorneys for Plaintiff*

19

20                                   **IT IS SO ORDERED**.

21

22

23                                   RICHARD F. BOULWARE, II
                                     **United States District Court**
24
                                     ___June 20, 2022_____
25                                   DATED

26

27

28

