Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW THAYER,<br><br>Defendant. | Case No.: 2:22-cv-00077-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**SECOND REQUEST** |

Defendant Matthew Thayer ("Defendant"), by and through his attorneys, and Plaintiff International Markets Live, Inc. dba iMarketslive ("Plaintiff"), by and through its attorney, hereby submit this second stipulation and order to continue the time needed to submit a stipulation to this Court on whether the Parties will need jurisdictional discovery or an evidentiary hearing pursuant to this Court's Minute Order.  *See* ECF No. 33; *see also* ECF No. 35.

This Court requested that the Parties provide this Court with a stipulation on or before June 13, 2022 regarding whether they will need jurisdictional discovery.  The Parties have met and conferred several times to discuss whether they anticipate needing jurisdictional discovery and have exchanged limited information on the subject.  On June 20, 2022, this Court granted the Parties first request for an additional week to allow Plaintiff to gather information regarding its jurisdictional arguments.  *See* ECF No. 36.  Such information is necessary before the Parties can appropriately inform this Court as to whether jurisdictional discovery will be needed.  Plaintiff's counsel has since

indicated that he has been unable to confirm applicable jurisdictional facts and will need an additional week to gather relevant facts.

The Parties therefore request and stipulate that this Court give the Parties an additional week to provide this Court with the requested stipulation. The Parties also to the request and stipulate that Defendant's deadline to file a response to the Amended Complaint be moved to July 5, 2022, Plaintiff's Opposition to any such responsive motion be moved to July 20, 2022, and Defendant's reply be moved to July 27, 2022.

The Parties are working cooperatively to gather relevant information related to jurisdiction. The Parties jointly request that the Court enter the following Order approving that Stipulation. This Stipulation is entered into in good faith and not for the purposes of delay.

DATED this 27th day of June, 2022.

McDONALD CARANO LLP

By: /s/ Tara U. Teegarden
Jeff Silvestri, Esq. (NSBN 5779)
Ryan J. Works, Esq. (NSBN 9224)
Tara U. Teegarden, Esq. (NSBN 15344)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
rworks@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

DATED this 27th day of June, 2022.

LAW OFFICES OF P. STERLING KERR

By: /s/ George E. Robinson
P. Sterling Kerr, Esq. (NSBN. 3978)
George E. Robinson, Esq. (NSBN 9667)
2900 W. Horizon Ridge Parkway
Henderson, Nevada 89052
sterling@sterlingkerrlaw.com
george@sterlingkerrlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

RICHARD E. BOULWARE, II
United States District Court

June 27, 2022.
DATED