P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW THAYER,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-00077-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

　　　　Defendant Matthew Thayer ("Defendant"), by and through his attorneys, and Plaintiff International Markets Live, Inc. dba iMarketslive ("Plaintiff"), by and through its attorney, hereby submit this stipulation and order to extend time for Plaintiff to file a Response to Defendant's Motion to Dismiss.

　　　　This Court ordered the response to Defendant's Motion to Dismiss due by 8/29/2022. *See* ECF No. 41. Through this stipulation, the Parties agree to allow Plaintiff until 9/1/2022 to file its response to the Motion to Dismiss.

///

///

///

DATED this 29th day of August, 2022.

McDONALD CARANO LLP

By: */s/ Jeff Silvestri*
   Jeff Silvestri, Esq. (NSBN 5779)
   Ryan J. Works, Esq. (NSBN 9224)
   Tara U. Teegarden, Esq. (NSBN 15344)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   jsilvestri@mcdonaldcarano.com
   rworks@mcdonaldcarano.com
   tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*

DATED this 29th day of August, 2022.

LAW OFFICES OF P. STERLING KERR

By: */s/ George E. Robinson*
   P. Sterling Kerr, Esq. (NSBN. 3978)
   George E. Robinson, Esq. (NSBN 9667)
   2900 W. Horizon Ridge Parkway
   Henderson, Nevada 89052
   sterling@sterlingkerrlaw.com
   george@sterlingkerrlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of September, 2022.

# Jennifer Hogan

| | |
|---|---|
| **From:** | George Robinson |
| **Sent:** | Monday, August 29, 2022 4:02 PM |
| **To:** | Jennifer Hogan |
| **Subject:** | FW: ML v. Thayer- SAO re jurisdictional discovery |
| **Attachments:** | Stip response to motion to dismiss.doc |

---

**From:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Sent:** Monday, August 29, 2022 3:59 PM
**To:** George Robinson <george@kerrsimpsonlaw.com>; Tara Teegarden <tteegarden@mcdonaldcarano.com>
**Cc:** Kiley Harrison <kharrison@Mcdonaldcarano.com>; CaraMia Gerard <cgerard@mcdonaldcarano.com>
**Subject:** RE: ML v. Thayer- SAO re jurisdictional discovery

That's good.  Since I am approving can you attach my name instead of Tara's for consistency

**Jeff Silvestri** | Partner



**D:** 702.257.4521 | **C:** 702.338.6387
**E:** jsilvestri@mcdonaldcarano.com

---

**From:** George Robinson <george@kerrsimpsonlaw.com>
**Sent:** Monday, August 29, 2022 3:56 PM
**To:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Tara Teegarden <tteegarden@mcdonaldcarano.com>
**Cc:** Kiley Harrison <kharrison@Mcdonaldcarano.com>; CaraMia Gerard <cgerard@mcdonaldcarano.com>
**Subject:** RE: ML v. Thayer- SAO re jurisdictional discovery

Until 9/1/22 please.  Please see attached stipulation.  If you approve, I will file.
Sincerely,

George E. Robinson, Esq.
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Tel: (702) 451-2055
Fax: (702) 451-2077
george@kerrsimpsonlaw.com